## Schedule A

| No. | Platform | Defendant Name / Alias | Listing URL | Seller ID |
|---|---|---|---|---|
| 1 | Walmart | qieman' store | https://www.walmart.com/ip/Face-Down-Prone-Pillow-Ergonomic-Memory-Foam-Triangle-Wedge-Small-Support-Pillow-Bed-Reading-Stomach-Sleeper-Legs-Knees-Removable-Cover-Gray/17016056682?classType=REGULAR&from=/search | 102639215 |