

US0D1049707S

(12) **United States Design Patent** 　(10) **Patent No.:** 　　**US D1,049,707 S**

Jiang 　　(45) **Date of Patent:** 　** 　**Nov. 5, 2024**

(54) **PILLOW**

(71) Applicant: **Ming Jiang**, Sichuan (CN)

(72) Inventor: **Ming Jiang**, Sichuan (CN)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/938,306**

(22) Filed: **Apr. 19, 2024**

(30) **Foreign Application Priority Data**

Dec. 25, 2023 　(CN) .......................... 202330850086.7

(51) **LOC (14) Cl.** ................................................ **06-09**
(52) **U.S. Cl.**
　　USPC ........................................................ **D6/601**
(58) **Field of Classification Search**
　　USPC ........ D6/595, 596, 597, 598, 601, 604–606;
　　　　　　　D24/183, 184, 191, 193
　　CPC .... A47C 27/00; A47D 15/001; A47D 15/003;
　　　　　A47D 15/005; A47G 9/00; A47G 9/10;
　　　　　A47G 9/1054; A47G 9/1063; A47G
　　　　　9/1081; A47G 9/109; A47G 2009/1018
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,351,849 | A | * | 6/1944 | Wells | .................... | A45D 44/10 |
|---|---|---|---|---|---|---|
| | | | | | | 4/523 |
| D211,721 | S | * | 7/1968 | Radford | ............................. | 5/636 |
| D254,029 | S | * | 1/1980 | Barbagallo | ........................ | 5/636 |
| D267,599 | S | * | 1/1983 | Fator | ........................... | D23/278 |
| D276,938 | S | * | 12/1984 | Pedersen | ............................ | 5/636 |
| 4,566,449 | A | * | 1/1986 | Smith | ....................... | A61G 7/065 |
| | | | | | | 5/655 |
| D326,143 | S | * | 5/1992 | Stites | ............................ | D23/304 |
| 5,440,770 | A | * | 8/1995 | Nichols | ................. | A47D 15/008 |
| | | | | | | 5/655 |

| 5,544,753 | A | * | 8/1996 | Monica | .............. | A63B 23/0211 |
|---|---|---|---|---|---|---|
| | | | | | | 206/570 |
| 6,175,979 | B1 | * | 1/2001 | Jackson | ................ | A47G 9/1027 |
| | | | | | | 5/651 |
| 6,360,387 | B1 | * | 3/2002 | Everhart | .............. | A47C 20/027 |
| | | | | | | 5/490 |
| D500,622 | S | * | 1/2005 | Owen | ............................. | D6/601 |
| D521,301 | S | * | 5/2006 | Dickson | .......................... | D6/601 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 308224214 | * | 9/2023 |
|---|---|---|---|
| KR | 300397273.0000 | * | 11/2005 |
| KR | 301011547.0000 | * | 6/2019 |

OTHER PUBLICATIONS

PPGE Home Backrest, Amazon Product Page. Date First Available: Sep. 8, 2023, Date Captured: Jun. 15, 2024. Available on the Internet URL: https://www.amazon.com.br/dp/B0CHMNKCHM?th=1 (Year: 2023).*

(Continued)

*Primary Examiner* — S. Bryan Reinholdt, Jr.
*Assistant Examiner* — Julia S Folkart

(57) 　　　**CLAIM**

The ornamental design for a pillow, as shown and described.

　　　**DESCRIPTION**

FIG. **1** is a front, top perspective view of a pillow, showing my new design;
FIG. **2** is a rear, bottom perspective view thereof;
FIG. **3** is a front elevation view thereof;
FIG. **4** is a rear elevation view thereof;
FIG. **5** is a left side elevation view thereof;
FIG. **6** is a right side elevation view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.

**1 Claim, 8 Drawing Sheets**



# US D1,049,707 S

Page 2

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D539,066 S | * | 3/2007 | Coquillette | D6/601 |
| D550,974 S | * | 9/2007 | Thornbury | D6/361 |
| D608,102 S | * | 1/2010 | Kemm | D6/361 |
| D665,503 S | * | 8/2012 | Dennewald | D24/183 |
| D712,677 S | * | 9/2014 | Clute | D6/601 |
| D733,897 S | * | 7/2015 | Rossouw | D24/190 |
| D808,194 S | * | 1/2018 | Wyborn | D6/601 |
| D864,612 S | * | 10/2019 | Castellano | D6/601 |
| D908,392 S | | 1/2021 | Despen | |
| D932,783 S | * | 10/2021 | Harris | D6/333 |
| D941,060 S | * | 1/2022 | Kong | D6/601 |
| D979,981 S | * | 3/2023 | Gao | D6/601 |
| D982,938 S | * | 4/2023 | Hu | D6/601 |
| D986,633 S | * | 5/2023 | Shi | D6/601 |
| D1,000,861 S | * | 10/2023 | Gazzi | D6/601 |
| D1,001,550 S | * | 10/2023 | Vasilev | D6/601 |
| D1,006,493 S | * | 12/2023 | Li | D6/604 |

| | | | | |
|---|---|---|---|---|
| 2013/0062922 A1 | * | 3/2013 | Dickson | A61G 7/0755 |
| | | | | 128/845 |
| 2017/0119624 A1 | * | 5/2017 | Kim | A47C 20/021 |
| 2018/0214733 A1 | * | 8/2018 | DeNunzio | A63B 21/4037 |

## OTHER PUBLICATIONS

Generic Face Down Pillow, Amazon Product Page. Date First Available: Dec. 14, 2023, Date Captured: Jun. 15, 2024. Available on the Internet URL: https://www.amazon.com/dp/B0CQ7467MF (Year: 2023).*

Generic Adult Ergonimic, Amazon Product Page. Date First Available: Feb. 3, 2024, Date Captured: Jun. 15, 2024. Available on the Internet URL: https://www.amazon.com/dp/B0CTXMZGQ5/ (Year: 2024).*

Szdrm Foot Pillow, Amazon Product Page. Date First Available: Mar. 3, 2024, Date Captured: Jun. 15, 2024. Available on the Internet URL: https://www.amazon.co.jp/-/en/dp/B0CWZ2L5NC (Year: 2024).*

* cited by examiner



FIG. 1

Case: 1:25-cv-12623 Document #: 8-2 Filed: 11/28/25 Page 4 of 10 PageID #:67



FIG. 2



FIG. 3

Case: 1:25-cv-12623 Document #: 8-2 Filed: 11/26/25 Page 6 of 10 PageID #:69



FIG. 4

Case: 1:25-cv-12623 Document #: 8-2 Filed: 11/26/25 Page 7 of 10 PageID #:70



FIG. 5

Case: 1:25-cv-12623 Document #: 8-2 Filed: 11/28/25 Page 8 of 10 PageID #:71



FIG. 6



FIG. 7



FIG. 8